PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☐ INDICTMENT ☒ COMPLAINT   CASE NO. 1:19mj58 LDA

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding Indictment Information ☐ Defendant Added ☐ Charges/Counts Added

USA vs.
Defendant: Herbert J. Rodas

Address: REDACTED

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
Divisional Office: RHODE ISLAND

Name and Office of Person Furnishing Information on THIS FORM: AARON WEISMAN
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): John P. McAdams

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND   County

### DEFENDANT

Birth Date:

Social Security Number:

Issue: ☐ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attachment | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Trial: 3 Days | ☐ Felony ☐ Misdemeanor |

**OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 3

| Count Breakdown | Title & Section/Offense Level (Petty = 1/ Misdemeanor = 3/ Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 1470 | Transferring obscene material to a minor. | **FELONY** |
|  | Imprisonment: 10 years<br>Supervised Release: 5 years | Fine: $250,000<br>Special Assessment: $5000.00 |  |
| 2 | 18 U.S.C. § 2422(b) | Entice minor to engage in illicit sexual activity. | **FELONY** |
|  | Imprisonment: 10 - Life years<br>Supervised Release: Life | Fine: $250,000<br>Special Assessment: $5000.00 |  |
| 3 | 18 U.S.C. § 2423(b) | Travel with intent to engage in illicit sexual conduct. | **FELONY** |
|  | Imprisonment: 30 years<br>Supervised Release: Life | Fine: $250,000<br>Special Assessment: $5000.00 |  |