# Letter to the Court from Herbert Rodas

March 4, 2021

Honorable Mary S. McElroy
United State District Court
District of Rhode Island
1 Exchange Terrace
Providence, RI 02903

Dear Judge McElroy:

My name is Herbert Rodas and I will be appearing before you for sentencing.

I would like to start off by saying how sorry I am for my actions. I made the foolish decisions to have a completely inappropriate relationship with a minor. I initially believed that we were meant to be together despite our age differences since this was my first romantic relationship. I was wrong to think this way and I'm truly sorry. I was the adult in this situation and should have been acting as one. I let many people down with my terrible decisions.

Since my arrest, I've tried to do everything possible to show that I'm a better person than these crimes. I'm in close contact with my pre-trial services officer and do exactly what is expected of me. I've attended many counseling sessions with Miles Glatter and learned a great deal about how and why I made these decisions and how to prevent them from ever re-occurring. I was employed full time at CVS Health as a Financial Planning & Analysis Consultant, but recently put in my notice due to this upcoming sentencing. I faithfully attend church at Iglesia Apostolica Jesus El Buen Pastor, which is translated to *Apostolic Church Jesus The Good Shepard*. I'm also the co-director of the worship team and play in the church band alongside my brother.

Thank you for taking the time to read this letter. I look forward to the opportunity to apologize to all parties in open court at sentencing.

Sincerely,

Herbert J. Rodas

# Myles Glatter Report

Myles Glatter, ACSW, LICSW
840 Smithfield Avenue- Suite 202
Lincoln, R.I.  02865
Phone: (401) 245-6891
cell phone: (401) 529-7830/ e-mail: mylesglatter@gmail.com

March 8, 2021

John E. MacDonald
Law Office of John E. MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

RE:  Herbert Rodas (DOB 11-16-96)

Dear Mr. MacDonald,

This letter is written to provide you with a final summary regarding the specialized sexual abuse counseling I provided to Herbert Rodas, related to his involvement with the Federal Court. Though my previous letters sent to David A. Picozzi, Location Monitoring Specialist with the United States Probation Office spelled out more details about the events surrounding the sexual abuse situation in which Mr. Rodas was involved, this letter will focus on the clinical work Mr. Rodas has done during treatment with me, as well as my final recommendations to the Court.

Mr. Rodas entered treatment with me on August 21, 2019, and he attended thirty-six (36) individual counseling sessions with me.  My final counseling session with Mr. Rodas was on November 2, 2020, and I am considering his treatment with me completed. Though we were meeting face to face in my office until March 2020, we had to shift to phone sessions because the outbreak of the coronavirus pandemic.  Mr. Rodas displayed excellent attendance and was very cooperative throughout the counseling process.  He presented as open and honest in his discussions with me during the time we worked together and took responsibility for his inappropriate sexual behaviors that he displayed during his interactions with the thirteen-year-old girl.  During the time we met, we covered the following treatment tasks:

1. We reviewed in detail the sexual abuse allegations and he discussed his account of what took place, taking responsbility for his behaviors.

2. We reviewed sexual abuse terminology on my white board including words such as sexual abuse, assault, rape, child molestation, consent, etc.

3. We worked on developing empathy for sexual abuse victims by reading some books about sexual abuse and watching educational videos including
a) Yes, You Can Say No
b) Scared Silent

Page 2
Court Summary Letter: Herbert Rodas

4. We reviewed outside clinical reports including:
a) Neuro-psychological evaluation by Francis Sparadeo, Ph.D.
b) Risk Assessment by Robert Grant, LICSW

5. We reviewed cycles of offending and other problematic behaviors.

6. We reviewed Mr. Rodas's specific cycle of offending, focusing particularly on the contributing factors that led up to his inappropriate sexual abuse behaviors.

7. We worked a Safety Plan.

8.  We discussed some information about federal incarceration to help him prepare for his incarceration in a federal prison, and at a later session reviewed videos made by a former federal inmate about how to adjust to life in prison.

9.  We discussed other general issues in his life, including his relationships with his brother, parents, and other relatives, his job, and his active involvement with his church, including him playing the electric bass, drums, guitar, and keyboards for church services.

10.  With my assistance, Mr. Rodas wrote a clarification letter to Ally, the sexual abuse victim as a treatment exercise to take responsibility for his actions, and to try to repair the damage to the victim caused by his behaviors.  Because of a no contact order, this letter will not be mailed to the victim.

11. We worked on an autobiorgraphy of his life.

12. We discussed appropriate ways of dating and developing age appropriate romantic relationships including a review of an article entitled, "Dating- Tips for Building A Healthy Relationship."

As the Court considers the sentence for Mr. Rodas, I want to highlight a few points.

Mr. Rodas has no prior criminal history and he has been a law-abiding citizen. During the last six months that I had been meeting with him, I consulted over the phone a few times with David A. Picozzi, Location Monitoring Specialist in the United States Probation Office.  Mr. Picozzi indicated that Mr. Rodas was cooperative in following the rules of the Federal Probation office. Mr. Rodas cooperated fully with this therapist during the treatment we did together.

Page 3
Court Summary Letter: Herbert Rodas

Recommendations:

1. It is my strong recommendation that when Mr. Rodas is sentenced to a federal prison facility that he be sent to a facility as close as possible to Rhode Island.  Mr. Rodas is a young man, only 24 years old, and he has a very close relationship with his parents and older brother.  For his mental health, it will be very helpful that he have the emotional support of his parents and brother visiting him in prison.  Being in a prison facility that is as close to Rhode Island as possible, will allow his family to visit on a regular basis.   Ideally I would like to see him at the FMC Devens facility in Ayer, Massachusetts since it is the closest location to Rhode Island and they specialize in counseling men with sexual offending issues.

2. Because of his strong religious, spiritual involvement in his church it is my hope that Mr. Rodas will be allowed to participate in relgious activities in prison and have access to a bible and other spiritual reading materials.

3. Because Mr. Rodas has been working full time, and work is an important part of his life, I recommend that he be set up with some type of part time employment opportunities in prison to help occupy his time.

4. Because of his close relationship with his family, it is my strong recommendation that Mr. Rodas be allowed to have regular weekly visits with several family members.

Thanks for your consideration of these matters. Please feel free to contact me at any time if your need further information.

Respectfully submitted,

Myles Glatter

Myles Glatter, LICSW

# Letters of Support

February 11, 2020


The Honorable Mary S. McElroy
U.S. District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re:  Herbert J. Rodas

Dear Judge McElroy:

We want to tell you about our son Herbie who is the most wonderful boy and we are honored to be his parents because he is a kid who has been very obedient, disciplined, respectful, and someone who wouldn't do something without our permission.  My son is constantly either at home, with his family, or at church youth group gatherings.  Herbie is not the type of person to hang out with people he isn't supposed to. He has only gone away when he's been invited to play at other churches or for church events around the United States.

Herbie's life revolves around family and church; preaching, singing, playing drums, guitar, keyboard, and electric bass.  Our family attends church services two times a week, Fridays and Sundays.  Herbie and his brother Wesley have travelled with the church to California, Florida, Vermont, North Carolina, and Massachusetts for conferences. They are always asked to lead worship in many of these annual conferences. Herbie teaches other youth in our church to play instruments.  The children in our church community look up to Herbie; he has always been an inspiration to many people and youth groups from different church communities.  Herbie is always involved in church activities and is constantly invited to play at church services and concerts.  We often give money to people at church who are in need and if we didn't have our wallets or cash with us, our son would volunteer his own money, and never asked to be reimbursed – this is what he has been taught all his life – to do good deeds.  As a family we would go out to nursing homes and hospitals to visit sick church members.

Herbie was always a very good student in school and he never had any behavioral or disciplinary problems all throughout his school career.  Herbie received a bachelor's degree in Finance and has been working at CVS Health since July 2019.

At home Herbie has always helped with chores around the house and since he started working part time while still in school, he would contribute to the household by giving us money for groceries and help pay utility bills and pay for his own expenses.  Herbie has always been very responsible.  He would often surprise us with gifts that he had purchased with his own money throughout the year.  Herbie is very close to his older brother, who he has always

admired. They do almost everything together since they both share similar interests including music, church, sports etc. In our neighborhood Herbie often helps shovel for our neighbors during the winter and never takes money for this. He is always volunteering to help others.

We would pray that you would take into consideration our son's background that he has never been in trouble with the law and take into consideration the type of person he has been. Our son has no evil intentions. This was a mistake and we are confident that Herbie has learned from this incident and I would hope that our son would not be compared to other sex offenders who committed horrendous crimes. We would ask that our son not be given any jail time and be allowed to continue with his normal work, family and church life.

Sincerely,

Mildred Rodas

Herbert Rodas, Sr.

March 23, 2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

My name is Wesley Rodas, and I am Herbert's older and only brother. I am 26 years of age, and I have been serving God and my community for my entire life. I'd like to take this time to express how much my brother means to me and why he is deserving of your leniency.

My brother and I were born in the Gospel and continue persevering in God's path. We were taught by our parents that there was nothing good in the world and stressed the importance of devoting our life to Christ. Therefore, although still in our 20's, we continue living with our parents and continue trying our very best to be good, obedient sons.

Our family began experiencing considerable hardship in the year 2006 when my father was deported to Guatemala. My brother and I left the U.S. for over year, and left my mother here working 2 jobs to pay for a mortgage and bills associated to a home. Despite only being kids, we learned to adapt in a country with a different culture, language, currency; a different everything! After coming back from Guatemala, we continued with the struggle. The separation of my father began marking our lives, and so did witnessing my mother working a full-time and a part-time job to maintain us and the bills. Yes we had the support of aunts, uncles, cousins, etc., but my brother and I practically grew up without a mother and a father for quite some time. My father came back in 2011 and everything normalized little by little as years passed by.

My brother and I did and continue doing everything together. We go to the gym together, we go to the movies together, we run errands together, and we do what we love best, and that is playing together in the worship team at our church. We even work together at CVS Health. One thing that I love about my brother is his passion and willingness to serve and teach others. What I also love about him is his willingness to support churches around the country. Whether it is for an inauguration, a conference, or even when musicians are needed. We have been invited to churches in California, Florida, Massachusetts, and other states around the nation. Herbert has never said "no" when approached by these churches. In fact, he has always persuaded me to support and serve, as well.

I'd like to end the letter with a quick description of Herbert's character. He is known for having a calm demeanor, never jumping into conclusions, and never getting angry. He is always calm and always willing to help others in need. I've even told him that I envy his character and that I wish to have every good trait that he possesses. Traditionally, it is always the younger brother wanting

to be and imitate the older one. But in my case, as I have addressed and expressed publicly, I have always wanted to be like just like Herbert.

Your Honor, these are reasons why Herbert is special to me. He is deserving of your leniency, and I know that our family and friends, churches, and people that know him personally would also agree that he is a special young man. Thank you for taking the time to read this letter. May our God bless you for your time and consideration.

Respectfully yours,

Wesley Rodas

**Iglesia Apostolica Del Nombre De Jesucristo**
**519 Power Road**
**Pawtucket, Rhode Island 02860**

March 2, 2020

The Honorable Mary McElroy
United States District Court
For the District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

**Re: Herbert J. Rodas**

Dear Judge McElroy:

I am the Pastor of La Iglesia Apostolica Del Nombre De Jesucristo. I am writing in support of Herbert J. Rodas. I recognize that Mr. Rodas has committed a serious crime. However, I want to give you a fuller picture of Herbert J. Rodas.

I have known Herbert all of his short life. His mother was a member of our church when she was pregnant with him. Herbert was a member of our church for over 13 years. Herbert's mom transferred from our church to continue their worship at Iglesia Apostolica Jesus El Buen Pastor.

I saw Herbert grow into a smart and thoughtful young man. He dedicated himself to his studies. Even though his father was deported in 2006, Herbert did not let it derail him. Herbert focused on his studies and became one of the first in his family to go to college, graduating with honors at Rhode Island College in 2018.

I appreciate Herbert's continued volunteerism in our church. For years, he has helped us as a volunteer musician in our choir. He has always been a gentleman and we have never had any problems with Herbert. His behavior toward other youth and children at our church has always been appropriate.

I hope after reading this letter you will look at Herbert's entire (short) life and his full character as you decide on his sentence. Herbert has been and will be a productive member of our society. I hope that one mistake does not define his life.

If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Rafael J. Taveras
Pastor



11th March 2020

**Honorable Mary S. McElroy**
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

My name is Daniel Santos, My father is the Pastor of "Jesucristo Esperanza de Vida," a church residing in Miami, Fl. I have been a part of the music ministry at this church for the majority of my life, which is where I met Herbert Rodas. We shared the same interest in music and we continued to hold a consistent, healthy friendship for the past 10 years. I'm writing this in support of what I know to be his character, he has been someone I look up to, due to his dedication to his church and music ministry. Our friendship throughout the years has revolved around his mentorship toward my music, where his humbleness and humor make it pleasing to receive constructive criticism from. He's someone I know to be faithful to ministry when he's needed, consistent in his actions toward others working with him and always a joy and humorous person to work alongside with. For the time I've known him, he has shown himself to be respectful and educated, throughout the years I've witnessed him minister in different churches and several events and echo the same demeanor.  His respectful mannerisms have always been a reflection of his parents and their ministry, never presuming perfection but always working on faults and striving to be better in all he did. I can only write my utmost respect toward Herbert, I've been witness to his constant strive in placing effort and dedication to many areas of his life, including his skills, and it's something I've always admired.

Sincerely,

**IGLESIA APOSTÓLICA**
JESÚS EL BUEN PASTOR

868A Main Street | Worcester, MA 01610 | www.iglesiajesuselbuenpastor.org

March 5, 2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

Please receive a cordial and blessed greeting on behalf of Iglesia Apostolica Jesus El Buen Pastor Inc. (translated: *Apostolic Church Jesus The Good Shepherd Inc.)* of the City of Worcester, Massachusetts. Since being aware of Herbert's legal situation, we, as a Church, have been very supportive to him during this difficult process. This letter is intended to describe Herbert's character and why he is deserving of your leniency.

Hereby, we will be describing HERBERT J. RODAS whom we have known as a child, and the positions he holds in the aforementioned congregation:

- He is currently an active member and co-director of the Praise & Worship Ministry.
- He is always present and on time in church services and meetings, always demonstrating availability to serve others with love and joy.
- He is a young man born and raised in the Gospel, in a family that has taught him moral and Christian principles and values.
- He is known to be respectful, kind, and friendly, setting an example for young people and children of all ages.
- He graduated college with honors and obtained a Bachelor of Science degree in Finance from Rhode Island College. We, as a Church, celebrated his accomplishment by bringing other churches and their youth groups together to give thanks to our Lord and Savior Jesus Christ.
- We emphasize that he has always shown impeccable behavior towards young people and children of all ages.

I, as Pastor and Minister of the Lord Jesus Christ, the board of directors, and all members of the Church give FAITH of HERBERT J. RODAS as the person described above.

And for the purposes deemed convenient, we extend and sign this letter in the City of Worcester on the fifth day of the month of March of the year two thousand twenty.

Miguel A. Mejia
General Pastor
Iglesia Apostolica Jesus El Buen Pastor Inc

March 18, 2020

Honorable Mary S. McElroy
United State District Court
District of Rhode Island
1 Exchange Terrace
Providence, RI 02903

Dear Judge McElroy:

Please accept this letter on behalf of Herbert J. Rodas. I have become aware of Herbert' situation and would like to provide witness to Mr. Rodas community volunteerism and his potential for continued good despite his misstep.

He and his brother volunteered some time ago at the community based, non-profit, organization Progreso Latino, Inc.-of which I am the executive director. This organization works primarily with low income Latino and immigrant families delivering early and adult education and immigration and social services. Both brothers devoted considerable volunteer hours assisting us on a multitude of clerical support functions including tutoring assistance for our constituents.

Herbert dedicated his youth to giving back to the community sharing his musical talents with others. He and his brother played jazz on multiple occasions at our annual fundraiser. He and his brother involved the entire family in our work including helping to raise funds at our Gala. Since his time of working with us he obtained a degree in finance earning honors and was working as a productive member of his community.

The loving support and strong guidance of Herbert's family offer confidence that he is not alone and will double his resolve to help others with your consideration.

Sincerely,

Mario Bueno
98 Fletcher Avenue
Cranston, Rhode Island 02920
401-617-4212

Honorable Mary S. McElroy                                                                    June 1, 2020

United States District Court

District of Rhode Island

1 Exchange Terrace

Providence, Rhode Island 02903


Dear Judge McElroy,

My name is Scott Beauregard of 12 Anna Mac Dr, Cumberland, Rhode Island, Music Educator at the Jacqueline M. Walsh School for the Performing and Visual Arts High School in Pawtucket, RI. I have been teaching music in the Rhode Island public school system since 1999.

I have known Herbert Rodas as a student during the years 2010-2014. I have a long standing relationship with the family, as Hebert's older brother ,Wesley, also attended the JMW School as a music major.

I am attaching a copy of a letter of recommendation that I wrote for Herbert in 2013, this will give a better composite of the amount of time that music majors spend in class and at events throughout the four years. Hopefully it offers a greater example on how much time I have spent with Herbert over those four years.

Herbert was never the strongest student academically, but what he lacked in academics, he certainly made up for in character.  He was a true underdog in the shadows of his older brother, but he never gave up. It might have taken him longer to achieve the goal but he always managed to complete it. He was reliable, attending/performing over fifty performances during his high school years.  He was a leader for other students in his senior year, as he helped lead chorus sectionals and jazz band rehearsals. Outside of school I knew that Herbert was involved with his local church, as a matter of fact that's how his love for music developed. He played bass with the church band along with his brother, Wesley, and cousin Jeffrey (also a JMW music alumni).

Over the four years, Herbert was never in trouble for any discipline actions. He had a very clean slate. He was always very respectful and appreciative for everything in his life. He was a very decent young man throughout his school years.


Sincerely,

Scott Beauregard

December 18, 2013

To Whom It May Concern:

I am very pleased to recommend Herbert Rodas for admission to your college program.

As his music teacher for four years, I have had the pleasure of watching him grow and develop in a rigorous music program. Each year Herbert has had over ninety minutes a day in a music class that includes small and large choral ensembles, individual solo repertoire, advanced music theory classes, solfège, piano, guitar, college level music history, and a final Senior recital performance. Herbert auditioned for the music program as an electric bass player with very little musical training and was accepted on his level of raw talent, ambition, and enthusiasm. Throughout the years, Herbert has developed into a well-rounded bassist. His repertoire includes various genres from Classical to Twentieth century pieces, as well as Jazz and popular style music.

As a performing artist, Herbert has been very diligent. He has performed over fifty times throughout his high school career as a soloist, chorus member, and bass player for jazz band and show band. Herbert has taken on the challenge of being our only bass player in the program. He had to constantly find ways develop his skills to fulfill the solo repertoire requirement as he developed his style in the jazz genre. He also understands his instrument as an accompanist and band member. He is always quick to learn pieces for other students and understands various styles to assist as a supporting member of the music department. Herbert usually has ten to twenty pieces ready at any given time to perform with the jazz band and show band. Herbert has shown his vocal skills by participating in many choral performances. As a male student with no prior vocal experience, he has not only been more than willing to sing but has also developed a great enthusiasm for singing and has really brought a great amount of positive energy to the bass/tenor section.

As a student, Herbert has maintained consistent grades in music and academic classes throughout his high school career. He was nominated by his peers as the Secretary of Tri-M Music Honor Society (2012-13) and has been a member for three consecutive years. Herbert has also been a sectional leader for chorus and has handled small group instruction.

Hebert is an intelligent young man who is capable of handling a rigorous course load. This is a true testament to his work habits and his desire to succeed. It is without reservation that I recommend Herbert Rodas for your program.

Yours truly,

Scott Beauregard

June 5, 2020

The Honorable Mary S. McElroy
U.S. District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Dear Judge McElroy:

I've had the pleasure of knowing Herbert Rodas for almost my entire life. Growing up, I remember his humorous and charismatic personality always willing to go above and beyond for others. Although, at times he was pointed out to be the shy one in our family, he had a very strong presence and tremendously big heart. Being a sports and outdoor fanatic just like myself, we would gather plenty of times throughout the summer to work out and playfully talk about our opposing teams; it was our way of bonding. Herbert's parents always emphasized the importance of discipline, hard work, education, and strong leadership. He managed to graduate Rhode Island College with a degree in Finance and obtained a job in the field he loved most. This served as motivation for many of our family members to follow their dreams and pursue a career, including myself. Growing up he was never one to go out, party, or do any of the common things teenagers enjoy. He has always been very focused on his craft and with role model parents like his, we all knew his future was bright. Aside from his educational and professional background, Herbert is very big on Christianity. He is a part of his church choir and has the responsibility of attending every Friday and Sunday in which he committed to at a very young age. A few times, I was invited to his church and recall seeing him playing the bass so beautifully – with no doubt, a very talented individual.

By now, I am sure you have read many letters referencing Herbert similar to what I have described. I ask that you please take this letter into consideration during the time of his sentencing. At no moment while writing this letter do I agree with any actions he partook in, however, I will state that no human being is perfect and we all mistakes. I hope you will recognize the power you hold for the future of this young man and a fair decision to be made. Despite the current case, I stand by my word of Herbert Rodas being an honorable individual and worthy of a second chance.

Thank you in advance,

Jason Giron

08/12/2020

Honorable Mary S. McElroy
Unite States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Honorable Judge McElroy,

My name is Randy Enrique Quiroa and I am writing this on behalf of Herbert Rodas. Here is a little background of who I am and what I've done. I myself have endured and encountered many challenges in my life. I am a 26-year-old Marine Corp Veteran who served in the military for 6 years. While in the military and through the grace of God I was fortunately awarded (1) Naval Achievement Medal, (3) Certificates of Accommodations, (2) Letter of Achievements and was Meritoriously promoted once. I say all of this to say this, all though my Marine Corps career was highlighted by accomplishments I personally take pride in. I myself have made numerous mistakes, mistakes that could have easily wiped out everything that I've done. One thing that I have learned from my mistakes is to take every single setback as a lesson. A learned lesson at that!

I have known Herbert all of my life. As a kid growing up, I remember taking guitar lessons at his house and watching sports games with him and his family. I would also attend church services due to the invitation I would receive from him. We have spoken about what he is facing right now, and he has mentioned to me about how he is making an effort to make better decisions to avoid making a similar choice. I truly believe that this whole situation has more than opened the eyes of Herbie. He is a great growing man with a bright future who will learn from his past doings.

Herbie is a family man and the family that has surrounding him is unlike any other. I know that by the grace and glory of God that the outcome of this situation will only be in his plans.

Herbie and I have talked about his future goals and his plans. He wants to accomplish so much and has yet so much to see. I ask that everything be taken into account because I believe in him as a young growing man and I know that this will only make him be more self-aware about what's going on in the world.

Thank you for your time,

Randy Quiroa

July 20, 2020

Honorable Mary S. McElroy
United States District Court
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

My name is Jailene Lozano, I am a very good friend of Herbert Rodas. Our families have had the pleasure of being great friends for as long as I can remember. We grew up together, even though we aren't related by blood we still consider each other cousins. I, without a doubt, was both troubled and in disbelief when I came to understand the seriousness of the charges that are being brought against him. Nonetheless, I am writing this letter in hopes that I can exemplify for you the selfless, and most genuine person that I know Herbert to be.

Herbert is a person of good moral character. I have always known him to be well-mannered and respectful towards his family, friends and peers, regardless of their background. Since we were young, I have been a witness to the tribulations Herbert and his family have endured. Through it all, my utmost admiration has been towards his strong will to remain faithful to God and see the good in every situation. He is sympathetic and generous in a way that he is always willing to lend a hand whenever it is needed, without expecting anything in return.

While it is unfortunate Herbert has made a mistake that led him to this circumstance, I am certain he is incredibly remorseful. He is willing to do what it takes to make any reparations for his actions. Although I am not justifying his decisions, I am convinced that he has learned and will continue to learn from this situation and make better decisions in the future. I can say with confidence, this situation is a dire misrepresentation of who he is as a person.

My hope is that you will take this letter, along with many others, into consideration at the time of sentencing and recognize the power you hold in this young man's future. Despite the current circumstance, I still believe Herbert to be an honorable, humble, and dedicated human-being who deserves a second chance.

Sincerely,

Jailene Lozano
419 Hunt Street
Central Falls, Rhode Island
jailenelozano@gmail.com
401-996-5843

June 29, 2020

Honorable Mary S. McElroy
United State District Court
District of Rhode Island
1 Exchange Terrace
Providence, RI 02903

Dear Judge McElroy:

My name is Joshua Reyes. I am writing this letter in hopes that you will see what kind of person Herbert Rodas is, despite the actions that have led us all to this point.

I have known Herbert Rodas for as long as I can remember. We grew up attending the same church in Pawtucket, Rhode Island and I have considered him a best friend ever since. Although Herbert and I are the same age, I have looked up to him as a big brother for many years.

Herbert has dedicated his life to his church and community. Growing up, I admired his dedication to our church and to his craft as a musician. I followed his footsteps and began to learn how to play the bass for our church band. Herbert would stay after services in order to give me music lessons. Even if he did not have much time, he would always dedicate at least a few minutes to give me tips as well as track my progress. Thanks to Herbert, I was able to become the main bass player for our church.

Herbert attended Jacqueline M. Walsh for the Performing and Visual Arts, a high school with a rigorous music program in Pawtucket, Rhode Island. Attending this school was a dream of mine. I was rejected from admission after my first audition. However, Herbert knew how important receiving a music education was for me. He convinced me to not give up and helped prepare for my second audition by teaching me music theory and sharpening my instrumental skills. Thanks to this, I was admitted into my dream school and am a proud graduate of the class of 2015.

Not only is Herbert dedicated to his own personal and professional success, he consistently puts the success and well-being of others before his own. Herbert is known as an intelligent, family-oriented and driven young man by our family and friends. I can confidently say that he will continue to serve his church and community the best way that he knows how.

Sincerely,

Josh Reyes
josh21reyes@gmail.com
401-347-4837

**IGLESIA DEL DIOS VIVIENTE Hechos 2:38**
**140 E. Market St.**
**Smithfield, NC 27576**

July 3, 2020

Honorable Mary S. McElroy
Unite States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Honorable Judge McElroy:

My name is Luis Padilla, Head Pastor of Iglesia Del Dios Vivente Hechos 2:38. I am fully aware of Herbert's legal situation, and I am writing this letter of reference and support on behalf of Herbert. I have known Herbert since the day he was born when I ministered in church congregations in the City of Providence, Rhode Island between the decades 1980 – 2000. His parents are pillars of Faith in those same congregations.

Herbert was raised in a God-fearing family and has never failed to demonstrate his respect towards elders and youth in the church and has always obeyed the laws of God and of the land. Herbert has always and continues being a role model to other young people that have been raised in church not only in Rhode Island but in other states and countries where he has visited. After going through God's healing and restoration process, I can assure you that Herbert has transformed into a more mature and caring young man, and that his faith in Christ is even stronger than ever.

Herbert has accepted full responsibility and regrets what has happened. Part of being a true and genuine Christian is living God's Word, such found in Proverbs 28:13, *"He who covers his sins will not prosper, But whoever confesses and forsakes them will have mercy."* For what I am begging your Honor is to take into account his record in society and his efforts of being a person of good. We hope and pray that you have mercy and leniency on Herbert so that his life and future is not ruined by this unfortunate episode that has occurred.

May God bless us all in his eternal love.

Thank you,

Luis Padilla
Head Pastor

April 16, 2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy,

My name is Jeffrey Vasquez and I am writing in support of Herbert Rodas. I know Herbert because he is one of the closest cousins that I have. We have literally gone to every school together from kindergarten to high school. Despite going our separate paths in college, we have always kept in touch and would visit each other whenever our schedules would allow us to.

From knowing Herbert for a really long time, I can say that Herbert has always been involved in helping out his community through congregational worship. While many children his age were not assigned any responsibilities, Herbert was involved in church practices and doing everything that was asked of him. Throughout the years, besides attending school and working on his profession, nothing else changed. Herbert is still willing to educate and share his knowledge of his musical instrument with others, and still helps out wherever members of his congregation may need him.

Herbert deserves leniency because his character has definitely been consistent throughout the years. Even with multiple school projects throughout high school and college, Herbert has always prioritized time towards his congregational community. Instead of going out and being reckless in school parties, Herbert would strive to do most of his work in between classes so that he would have the time to drive forty-five minutes to attend services. Even today, Herbert continues to be a productive member in society by putting his financial knowledge in use at a major cooperation and improving with each day.

Thank you for your time and I greatly appreciate you reading this letter.

Sincerely,

Jeffrey Vasquez

March 7th, 2020


Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903


Dear Judge McElroy:

      My name is Felix Andrade, I am Herbert's younger cousin. I am writing this letter in support of Herbert to explain the impact and inspiration that he has had over my life. I have known Herbert for as long as I've been alive. He is my best friend and I view him more as a brother than a cousin. He is always someone I can count on if I need anything and he has always been there for me. He is always the one to bring joy and laughter to any family event or wherever he is going. He is the one of the smartest and dedicated people that I know. I've always looked at him as a role model and someone with footsteps that I could follow. Seeing how dedicated he was when he was in college not only showed me the importance of education but motivated me to go back to school. His dedication to the Church and to his instrument is also a big part of the reason why I play my instrument today, and I can assure that I am not the only person that he has impacted to do the same. Something that I've always admired of him is his obedience to his parents. Herbert has always been respectful not only to his parents and family, but to everyone that he comes across with. And I can only assure that he will continue to and always be the role model and caring person that he has been to everyone that he knows and loves.



Sincerely,

Felix Andrade

April 16, 2020

Honorable Mary S. McElroy
United State District Court
District of Rhode Island
1 Exchange Terrace
Providence, RI 02903

Dear Judge McElroy:

My name is Brandon Bernard. I am a recent graduate from Rhode Island College and a good friend to Herbert Rodas. We first met in sixth grade when Herbert moved here from Guatemala. We instantly connected and became friends. We stayed good friends through middle school and would hang out all the time. We ended up in different high schools and were reacquainted at CCRI. We ended up having a class together and found out we both had the same major and would also be transferring to RIC together. Since then we've gotten closer than ever and he's now one of my best friends.

I know Herbert to be a hardworking, caring, and generous young man. He's been a great support system for me through the past few years and has always been there for me. It is thanks to Herbert that I was able to recently land a job as a Financial Inventory Consultant at CVS Health. Herbert is the type of man that would suffer to see another happy. Herbert doesn't even drink, which would be perfectly legal for him to do so. Even when offered, he rejects it. He's been a man of God and a constant churchgoer for as long as I've known him. He's never been embarrassed to talk of his faith with me and has even invited me to his church. The values of his faith run through him and it is clear that he is a virtuous man of grace and compassion.

I completely understand the charges that Herbert is facing. I know he is deeply remorseful for what has happened, and I plan on being here for him as he goes through this stressful time.

Thank you for reading my letter.

Respectfully yours,

Brandon Bernard

March 9th, 2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy,

My name is Mario Andrade. I am 25 years old, and am writing this letter on behalf of Herbert
Rodas. Although Herbert and I are cousins, I have always looked at him as a little brother. I have
known him my entire life. Herbert is truly one of the most hardworking and honest people I have
ever had the privilege of knowing. He brings joy and laughter into any room he walks into; as
long as everyone around him is happy, he is too. When I look at Herbert, I see someone who
genuinely cares about those around him: his family, friends, and community. He is the type of
person to always put the needs of others before his own. For example, whenever I struggled with
a topic in high school, Herbert would always the take time to encourage me, tutor me, and help
me gain a better understanding of it. Herbert always had a goal in mind for his future, and that is
why he worked as hard as he did to maintain great grades throughout high school and college.
I'm grateful for every moment he spent pushing me to do my best in school. Not only did we
attend the same high school, but we also attended the same church. At church, we served in the
worship ministry together. Herbert had a passion for worship, as well as a passion for his
community. If every day could be a Sunday, Herbert would be there. Finally, generosity is
Herbert's lifestyle. If someone was unable to afford something, Herbert was always the first one
to help. For example, in high school, one of our friends could not afford to buy lunch and Hebert
bought it for him. Herbert is kind, generous, honest, hardworking, and selfless, and that is who
he will always be.

Sincerely,

Mario Andrade

March 9th, 2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy,

My name is Claudia Andrade and I am an aunt of Herbert Rodas. I am writing this letter in order to express my strong support for leniency for my beloved nephew. Herbert's mother is my sister, and I have known Herbert since the day he was born. Since my children have grown up with Herbert, I have always seen him as more than a nephew; he is truly like a son to me.

Herbert is a caring and loving human who always lends a helping hand whenever it is needed; a person of good morale character who strives to be the best him that he can be. Herbert's love for the church and music ministry is something I will always admire about him. He has a real, genuine passion for his community, and we are grateful for the example he has set in our family. My nephew is the attentive one in the family; he is always making sure that everyone else's needs are met before his own. Herbert is a big family person, and I believe that is why he is always the life of the party.

Herbert has always been committed to becoming the best version of himself and growing in a profession that he could be proud of. As seen throughout high school, Herbert has always been hardworking. Herbert furthered his education and graduated from college with a bachelor's degree; he was the second generation in our family tree to graduate from a secondary education. Our family is so proud of him and everything he has accomplished thus far.

Herbert is a reliable, honest, and trustworthy person who has a long life left ahead of him. My family immigrated to this country many years ago to give our children the opportunity to live the American dream, a dream that Herbert has just began to walk in. I pray that Herbert will continue to have the opportunity to live out his dreams.

Thank you for your time and consideration.

Sincerely,

Claudia Andrade

Thursday, March 19, 2020


Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

My name is Flor Furia, and I am a close friend of the Rodas family, I am aware of the charges Herber Rodas Jr. is facing at this moment, and I would like to let you know something about him.

I have known Herbert and his family since he was 4  years old and I have grown to love him as if he was one of my own.  He is a polite, kind and respectful person. Herbert has been raised by his beloved family, whose values are based on compassion towards others, religion, respect and hard work.  I have been lucky to see him become a hard working young adult.  He is a person who finished high school with honors and also continued his hard work towards college, where he has earned a scholarship with his own effort and graduated this past summer making everyone around him happy and proud.

Herbert is a Hispanic young adult who has a brilliant future ahead of him, who has the love and kindness of a good citizen of the United States.  With all my respect and a mother's heart, I would like to appeal for your compassion toward Herbert,  a good and compassionate person who has so much to offer to this country.  With that being said,  I would like to thank you for taking the time to read my modest and honest letter.

Sincerely,

Flor Furia

19 March 2020

**Honorable Mary S. McElroy**
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

I am Anamilette Brand and I am writing to you to in support for Herbert Rodas. I am a college
student attending Rhode Island College for nursing. I also work for Miriam Hospital as a
certified nursing assistant. I have been in the medical field for about four years now. I live at
home with my mother and three younger sisters.
I am supporting Herbert whom I have known for twelve years. His uncle and my mother had
gotten married and we have been close ever since. As a young boy to a young adult he was
always respectful to others and intelligent. I would personally consider him as a brother and
someone I would always go to for anything. He has always been there for my family and me. I
am supporting him because I know the kind of character this young man has and has not given
me a reason to not support him in the past. He holds a very strong faith and for as long as I can
remember he is very active in his church with his family. With that same dedication, he was very
focused in completing his degree. Herbert is very giving and would go above to make someone
smile if they were having a rough day. I have so much respect for Herbert and feel fortunate
enough to have gotten to grown up together and see him change from a child to a young adult.
Having the opportunity to see his growth in different aspects as a person, musician, and in
general only made me respect him more as a person.

Sincerely,

*Anamilette Brand*
Anamilette Brand

March 19, 2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

My name is Telma Y. Rodas. I have a Bachelor of Social Work and have been working on this field for 18 years. I've been with Children's Friend for 11 years as Parent Advocate, working with children ages 3-5 years old and their families. I've been married for 12 years and a mother of four girls.

I am writing this letter in support of Herbert Rodas. I've known Herbert since he was 8 years old, he was always a honest, discipline and respectful child. Now I could not be prouder of the young man he became. A very honest and trustful person, my admiration towards him had always been very positive on how a person so young had acquired and reached the goals that he has. Herbert is a model to follow for many teenagers, beginning with my own ones. He graduated from college with Honors and now a competent professional that he is. Herbert has set a good example for many children and teenagers in our family, by being a good role model to grow and not be someone negative in their lives. I know he will continue to be a productive member on his community, specially at his Christian Church where he has been a member of the music group and had given most of his time. Herbert is someone who values family, education and being a minister at church serving GOD.

Sincerely,

*Telma Rodas* BSW.
Telma Y. Rodas BSW

February 19, 2020


Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903


Dear Judge McElroy:

My name is Domingo Diaz of 809 Weeden Street, Pawtucket, Rhode Island, Elder and Minister of *Iglesia Apostolica of Woonsocket, Inc.* I have been a Minister of The Lord Jesus Christ for over 20 years. We recently learned about Herbert's legal situation, and it is with great pleasure that we write this letter for Herbert which aims to describe his great character and express why he is special to us. I will be writing this letter on behalf of myself and my wife, Zonia Diaz.

We have known Herbert since the day he was born. We met Herbert's mother in the year 1992 and thereafter provided his family with reliable transportation to and from the church we attended for numerous years called *Iglesia Apostolica Del Nombre De Jesucristo* located in Pawtucket, Rhode Island. We have seen him grow and develop his craft as a talented musician. Herbert has a passion of serving others and teaching those interested in learning how to play an instrument, particularly our youth. His courtesy and respect are timeless principles, as well as his good manners. He is a hardworking man and we are very proud of the decent man he has become at such a young age.

We are witnesses that he is a very calm and peaceful person and has never been in any sort of problem in the past. Since a young boy, he has always been respectful and has never given his parents any issues. He continues to be an obedient son, and I know that will continue to be the case for years to come. We love Herbert like he's our grandson. We enjoy Herbert's company and the love he has shown us over the years.

We pray that you take some time to carefully read this letter and we kindly ask that grant Herbert leniency. May The Lord Jesus Christ bless you for your time.


Respectfully,



Domingo Diaz                                    Zonia Diaz

Kenneth L. DiFonzo
139 Chandler Avenue
Pawtucket, RI 02860
401-447-7333

March 26, 2020

The Honorable Mary S. McElroy
U.S. District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re: Herbert Rodas  (2019-0058)

Dear Judge McElroy:

My name is Kenneth DiFonzo and I have lived on Chandler Avenue in Pawtucket for more than twenty five years. For the past fifteen or so years Herbert Rodas has lived across the street with his parents. My wife Melissa and I have two children, Nichole age 25 and Michael age 20. Nichole and Michael grew up with Herbert ("Herbie") and his brother Wesley as neighbors.

Our son Michael played basketball with Herbie and his brother at our house and at their house. Herbie came to Michael's birthday party when they were kids and they were friends. Herbie and his brother would come over and go in our pool when they were younger.

Herbie is a very quiet, polite young man. I have witnessed him grow from a child into a young man and he has always been polite, kind and very respectful. We would see Herbie go from school to home and then home to church with his family. The family was always constantly together. As a teenager Herbie would be outside shoveling and mowing the lawn for his father and shoveling snow for elderly neighbors. I have never witnessed Herbie being disrespectful to his parents, to anyone in the neighborhood, racing his car, playing loud music or any of the type of things you see typical young people doing.

My wife and I were shocked to hear the charges against Herbie and have been walking with Herbie and his family during this entire time and praying for them. I know that Herbie has plead guilty and is ready to accept his punishment, but I would ask that the court show leniency and not sentence Mr. Rodas to serve time. Herbert made several mistakes and used very poor judgment but, I know that he is truly sorry for what has occurred and that no good will come

from him serving time in a prison.  Hebert has a full-time job, a family that loves and supports him, a church that is devoted to helping him and he has never been in any trouble with the law before this.

Again, I would ask for a sentence of no time to be served for Herbie.

Thank you for your time and consideration.

Sincerely,

Kenneth L. DiFonzo

March 14, 2020


Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903


Dear Judge McElroy:

My name is Marilena Santizo. I have been working as a registered nurse in Rhode Island for more than 12 years. I value the life of the community and my focus is always on how to work hard to make our surroundings a better place. I am the mother of three children and I have been married for 20 years.

The reason for writing this letter is in support of Herbert Rodas. I met him when he was a very young kid; he was about 7 years old. He used to play baseball in the same team that my nephews Diego and David played. I had the pleasure of seeing him grow up to become a young man. While he was growing up we had many family activities together, like celebrations of important dates, birthday's parties, and summer picnics. I can attest that all I could see in him was a respectful boy and a respectful human being. He was always someone who you could talk about music, school, sports, church, friends and family. He was very inspired by music and always talked about being part of the music minister at the church. He and his family were always at church on weekends and even some days during the week. It was especially noticeable during birthday parties when they would arrive late because they were at church. Herbert grew up surrounded by a loving family, including cousins, aunts and uncles. Herbert was always someone with a big smile on his face and it was joyful listing him to talk so passionately about school. When he finished his bachelor's degree in college, he was so proud of himself and of what he had accomplished. Herbert is someone who values education, his family and gave back to the community.

Sincerely,

Marilena Santizo

19 March 2020

**Honorable Mary S. McElroy**
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

My name is Vilma Guevara and I am a registered nurse at The Providence Center. I am also a family friend of Herbert Rodas. I met Herbert and his family about 14 years ago when he played little league baseball with my son, and, from that moment we found a connection and have continued to get along very well. I got to know the Rodas family as a religious one who always instilled the values of respect, responsibility, and education in their children's everyday lives. Herbert was always an example to be followed of the aforementioned qualities in a person. A dedicated individual, he was passionate about sports and music and made sure that he was working at the top of his game in both fields.

My son would occasionally play soccer or any other range of sports with Herbert and his friends. I was never unsettled by this or even questioned this because I knew Herbert to be the example of what a young man should be: respectful, responsible and well-educated.

Sincerely,

Vilma Guevara

*Alamance Striping & Equipment, LLC*



2650 Tobacco Rd.
Snow Camp, NC 27349
P (336) 792-8265
F (336) 270-3398
alamancestripingequip@gmail.com
www.alamancestripingequipllcvp.com
NC D.O.T Certified GC's, SBE/DBE-MBE/ HUB

April 3, 2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

My name is Lilian Quiroa. I lived in Rhode Island from 1992 to 2009. I carried Herbert in my arms when he was born, so I have known him for his entire life. I moved to Snow Camp, North Carolina and have been living here since June 2009. I established a pavement marking lines company in 2013 and do jobs for the Department of Transportation of North Carolina. I have 5 boys who are Herbert's cousins.

I am aware of Herbert's legal situation, but please take a minute to read this letter in support of Herbert J. Rodas:

Herbert grew up with my sons. They played baseball when they were in middle school. Back then, we enjoyed seeing Herbert and my boys play baseball every Friday and Saturday and sometimes for summer school vacation I took care Herbert and his brother while his parents were working.

Herbert is very respectful, polite, and has good manners and a great personality. He gets along with my boys very well. We all get together every summer, Thanksgiving, and Christmas and our goal is to enjoy time with each other. We watch football games together, talk and remember the great times our children had when they were little boys, but the most importantly, they never lost respect or love for one another. They grew up as brothers with deep love and lots of respect, knowing and having God's foundation as the center of their lives.

I appreciate the time you have taken to read this letter describing who Herbert really is. Herbert deserves an opportunity to show who he is. I have faith and am one hundred percent sure that Herbert will take great advantage of the new opportunity given to him.

Sincerely,

*Lilian Quiroa*

Lilian Quiroa/ General Manager



March 19,2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

My name Denis Rodas I am the CEO and owner of Americana Maintenance Services. I have been married for 12 years and a father of three girls. I arrived in the U.S. in 1998 and lived with Herbert and his parents for many years. As Herbert's uncle, I am happy to say that I helped raise him, and I cannot be prouder of the young man he has become. I opened my maintenance company in January 2018, and Herbert has supported me since day one. Never have I hesitated to call him when I have needed assistance with invoicing, excel, and other important projects. I can reassure that Herbert is a positive role model for the society. Never has he disrespected me or my daughters. Herbert has paved the way of excellence for my daughters. I hope that as years pass by, my children can follow his footsteps and accomplish everything Herbert has at such a young age. He has set a good example for my children. I pray that I raise them with the same Christian values that Herbert grew up in. I also pray that my children are able to earn a degree with honors, and also be musically inclined, just like Herbert. I know he will be a productive member in his community, family and work. Without a doubt, I have and will continue to support him emotionally and any other way that he needs me to.

Sincerely,

Denis Rodas
Americana Maintenance Services
General Manager /CEO



May 1, 2020

Honorable Mary S. McElroy
United States District Court
1 Exchange Terrace
Providence, RI 02903

Dear Judge McElroy:

This communication is in reference to Mr. Herbert J. Rodas. Mr. Rodas' trajectory is not that of a typical defendant. Except for this transgression, Mr. Rodas has led an exemplary life and his story is one of hope, unlikely odds and grit.

I had the pleasure of meeting and getting to know Mr. Rodas, during the past couple of years, in my role as the President of the Guatemalan Center. This small nonprofit organization awards Academic Scholarships, every year, to high achieving and exemplary students who demonstrate commitment to making their community a better place. Mr. Rodas was an awardee in 2017.

Mr. Rodas' parents are immigrants who moved to this country in hopes of a better life for themselves and their two sons. They were determined that their children make the most of the opportunities provided by this country and made no qualms to ensure it. Often, that took the form of working multiple jobs and making many sacrifices. Thus far, they have been filled with pride as they witnessed their hopes come to fruition. Mr. Rodas graduated with honors from Rhode Island College with a degree in Finance. Immediately upon graduation, he began a career at a Fortune 10 company.

One of the foundations of life in the Rodas family has been faith and devotion to God. It is this faith that provides solace to the family, as they face this unthinkable and life changing circumstances.

I thank you for taking the time to read this letter and appreciate every consideration of leniency for Mr. Rodas.

Respectfully,

Tiana Ochoa
President

P.O. Box 6867, Providence, RI 02904 | quetzalawardgala@gmail.com | www.guatemalancenter.org



Monday, May 18, 2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

We had the pleasure of meeting Herbert J. Rodas at one of our fundraisers in Summer 2018. The Rhode Island Latino Civic Fund (RILCF) is a nonpartisan, nonprofit organization that promotes Latino civic and political participation in Rhode Island. The organization's goal was not only to raise funds for its programming, but also to empower young professionals to connect, engage, and appreciate their importance in our community.

Many were able to interact with Herbert and realized the valuable asset he is to the Latino community in the State of Rhode Island. He was polite, humble, and very respectful to the other community members at the fundraiser.

Our organization expresses its gratitude to Herbert for his continued participation and commitment to improving the Latino community. We would like Herbert to continue volunteering and participating in our future events and fundraisers. He has a bright future ahead of him, and we are proud of everything he has been able to achieve and accomplish at such a young age.

Sincerely,

**Joseph Molina Flynn**
*President*
PO BOX 23124
Providence, RI 02903
401-935-3866



# CEDICO CONSULTING GROUP
## LAW FIRM

CEDICO

Rhode Island March 16, 2019

Honorable Mary S. McElroy
Unites States District Court
District of Rhode Island
I Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

I hereby state that I am the uncle of Herbert J. Rodas, with whom I have lived for many years, specifically living in my house in Guatemala with his brother and father from 2,006 to 2,007, they grew up with my two children Ashlie and Jose Pablo. In these years we built very strong ties to date. For this reason, I can say that Herbert J. Rodas, is a person of principles, values and much faith in God.

From the above I can say that I am aware of the legal case that Herbert J. Rodas is facing, for this reason, I have no impediment in extending this letter, as an individual and in my capacity as Lawyer and Notary, and with the investiture that confers me The Government of Guatemala, I attest that Herbert J. Rodas, is a person to whom I can recommend that I am sure that he is not of danger to the Society and I reiterate that it is a person of principles, values, honest, hardworking, of good customs, Good student, now an excellent professional, an excellent worker and above all a man of great faith in God.

And for the legal uses that Herbert J. Rodas can make uses of this letter, I extend the signature and seal.

Best regards,

Pablo Emanuel Santizo Barrios
ABOGADO Y NOTARIO
COLEGIADO 27,503

Lic. Pablo Emanuel Santizo Barrios
Abogado y Notario

Avenida Reforma 8-60 zona 9, Edificio Galerias Reforma, Torre II, Nivel 12,  Oficina 1206 Guatemala C.A.
contacto@cedicoconsultinggroup.com   pablosantizo@cedicoconsultinggroup.com   www.cedicoconsultinggroup.com
TEL: +(502) 23390321   EMERGENCIAS: +(502) 55181219

Guatemala, April 6, 2020


Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

I, Ashlie Franzelia Santizo Rodas with passport number 262397471, hereby acknowledge the charges that Herbert J. Rodas is currently facing; therefore, I would like to share with you my point of view of him as an individual.

Herbert and I are related to family. In 2006 and 2007  his family and him moved to Guatemala and lived with me and my nuclear family. During that time, I shared with Herbert going to the same school, playing instruments and his favorite sports such as baseball and soccer. Every Sunday he and his family would attend church services and shared with other kids without a problem. After that short period of time we would communicate often, visit each other and share time at his school music-related activities, church services and I always saw his patience with others, respect for personal space, passion for arts and even his desire to grow as a professional and as a person that adds to his community.

As a Clinical Psychologist, I can describe Herber J. Rodas as a determined person, which you can tell by his desire to learn constantly and the fact that he plays instruments, graduated college and has accomplished many of his personal goals. Also, he is someone thriving for stability which is reflected in his job history. As of character I can describe him as someone patience, graceful, cheerful, and willing to help others. He is characterized to have stable humor with lasting and sustained emotions. I would love to add that as of personal goals and characteristics he is someone that I look for as an example. He has always supported me and other family members with our projects, specially teaching us about economics and other subjects he is related to. I admire his great judgment and insight.

 Feel free to contact me if you need any further information about Herbert.

Sincerely,

Ashlie Franzelia Santizo Rodas
Clinical Psychologist Collegiate Number 10,772,
Colegio de Psicólogos de Guatemala



April 29, 2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

My name is Eli Castaneda, I am an Associate Pastor at Cornerstone Christian Fellowship. I have known Herbert Rodas for over four years, and it is disheartening to hear about the charges that were recently brought against him. In the last few years of knowing Herbert, these accusations have left me stupefied, as they do not reflect the friend that I have come to know. Herbert has participated faithfully with me in ministry over the last 4 years and I have found him to be generous, loyal and selfless to the service. I am fully aware and understand the gravity of the charges that are being filed against him, but I am more than certain that it would be a shame to let this mistake define who Herbert is as a person.

Herbert has always proven to be a person of good character. From his participation in the church band to volunteering with the clean-up crew; he has always shown a willingness to be of service. In our relationship he has been helpful, kind and always willing to help in any way possible. He has made it a point to come and visit my family and I in Miami. He is temperate, soft spoken and has always been a person of excellent conduct. I have always known Herbert to be an exemplary person in all aspects of his life. He shows his passion and generosity by serving alongside ministry with me and is always willing to lend a hand for whatever I may need. In the past, he has shown to be hospitable and attentive to not only myself but any that he meets. I don't believe that this situation accurately represents him.

Mr. Rodas expressed great remorse for his actions. As this is a first offense, I have seen the personal and consistent struggle that he is going through. As his friend, I have seen the toll this situation has taken on him both mentally and emotionally. When I think of this situation my heart can't help but feel a looming sense of sadness; to think of what repercussion this might bring to a young man who has such a promising future. In the time I've known him, he has always shown a strong will for self-improvement. Regardless of the challenges that he must face, I have confidence he will learn from this situation and make better decisions.



Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy

I have known Herbert J. Rodas as a good church member for over 10 years I was troubled and surprised to hear about his recent case and the allegations made against him, as he has always been a rather good young man. It is for this reason I am happy to write a letter of reference for Herbert regarding this matter. I understand the seriousness of this case and the charges being made; however, I hope the court will consider this letter and character reference.

Herbert has always been an upright character in our church community. His parents had raised him to be one of the first in his family to have a college degree. He comes from a God fearing and very loving family. I have relied on him to serve as a lead musician in our church conference Apostolic Day in both our Florida and Rhode Island conferences for the last 5 years. He has demonstrated initiative and has really been there for me and our team. He has worked well with our youth department and has always behaved in a respectful manner. He is esteemed and loved by our youth team.

It is my sincere hope that the court takes this letter into consideration. Despite the current allegations, I believe Herbert to be an honorable individual, A valuable member of our community, and a good human being.

Sincerely,

Pastor John Duran

*[signature]*

April 18, 2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, RI 02903



MINISTERIOS
**NUEVO PACTO**

Dear Judge McElroy,

    My name is Lilian Vargas, pastor of New Covenant Ministries (Ministerios Nuevo Pacto), located in the city of Pawtucket, alongside my husband Alfredo Vargas. I am writing this letter in support of Herbert J. Rodas. Herbert, along with his family, attended our church permanently for a few years, and have often visited us even after congregating at another church. We have been an established pillar in our community since 2003.

    Herbert has been a very helpful and respectful young man. He has demonstrated pure and genuine intentions in all of the functions and activities we've been able to hold in our congregation. Over the years, he has been a source of inspiration for many of the young people in our community - especially because of his funny sense of humor and kind heart. If there was ever anything our church needed help with, Herbert has always been just a call away. Outside of our faith based community, we have known Herbert to be someone who is focused on his studies, mindful and caring of his family.

    We are confident Herbert can be an asset to any community faith based or not and an advocate for positive change. We have seen his willingness for personal growth and improvement as he successfully completed courses in the Community College of Rhode Island (CCRI) followed by his graduation from Rhode Island College in 2019. Herbert possesses the character traits and skills to help better the community. We would extend our full support for Herbert under any circumstance as we believe he is sincere and trustworthy.

Sincerely,


Lilian Vargas
Senior Pastor
Ministerios Nuevo Pacto



**JESUCRISTO**
**ESPERANZA**
**DE VIDA**

2038 NW 22nd Ave.
Miami FL, 33142

11th March 2020

**Honorable Mary S. McElroy**
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

My name is Rigoberto Santos, I have been pastoring "Jesucristo Esperanza de Vida" in Miami, Florida for the past 7 years and Co-pastoring for more than 20 years. Over 10 years ago we met Herbert Rodas and his esteemed family through our ministries in church. Throughout the years he has shown to be a respectful and outstanding young man. Over several occasions we have needed assistance in our music and Herbert was supportive and diligent in his help. Through his genuine support, the youth of my church have seen his character and he's gained their admiration. As a Pastor, it's important to be tedious about who speaks or advises the youth, but seeing his respectful manner in addressing the group, it's been an easy decision. He has been an admirable figure for my four sons, as he has presented continuous support in his attendance in church and passion in ministry. I have seen him to be a role model figure for my sons and I'm thankful for their friendship throughout the years as a mentor and friend for them. I've seen the positive influence he's instilled in them, mostly my youngest son Daniel, Herberts friendship has blossomed dedication in him.

The church and I have known Herbert to be an educated young man, always available to help others with no hesitation. I can express my support in his diligence, intelligence and responsibility in all aspects of ministry and the friendship he's held with my sons. My family holds in high regard his families partnership in ministry, as well as the friendship we hold with Herbert as great privilege, as we're in debt for all the good he's provided.

Yours sincerely,

Pastor: Rigoberto Santos                                    (786) 539-8844

# Iglesia Del Senor Jesuscristo Inc.

**190B Millbury St.**
**Worcester MA. 01609**
IDJCworcester@gmail.com

March 28, 2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence Rhode Island 02903

Dear Judge McElroy:

Herbert Rodas was a member of our congregation from January 2011 to August 2016 He was an inspirational asset to our musical ministry for over 5 years; as a young man in the church he was devoted to youth activities and attending weekly services.

Mr. Rodas was an outstanding member during his time associated with our religious cooperation. As he progressed within the church, he started to teach other members various instruments and was a genuine example of a kind, trustworthy, humble person. We are filled with gratitude knowing that Herbert was able to be an adherent to our congregation and demonstrate a caring, loving, and honorable testimony to not only other youth but to many elders as well.

To conclude, Herbert has been a beautiful and genuine person through the years that he was a member of my congregation. I can justly say that he was an outstanding attribute to our church.

Regards,

Bishop Hugo Arciniega

1

Iglesia Apostolica Jesucristo es Dios

3/12/2020

Honorable Mary S. McElroy
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Judge McElroy:

I Pastor Marco Huertas, am writing in support of Herbert J. Rodas. Herbert belongs to an honorable family, which have been my friends for many years. I have known Herbert since he was born. Herbert is a hard working young man. He is a good son and a good student. He was raised in the church where he has been a musician from a very young age. He has contributed with his example to other young members of the congregation. He has also been very obedient to his parents. Herbert has proven himself to be a disciplined individual as long as I have known him.


Sincerely,
Pastor Marco Huertas



# Photographs



RI College Graduation



The Rodas Family



Herbert Rodas with the Church Band